# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JAMES M SHADEK,

      Plaintiff,

v.                                      Case No. 6:24-cv-950-RBD-UAM

TAMARA S KIDD,

      Defendant.

_____

## <u>ORDER</u>

In this case involving the fraudulent manipulation of an elder, Defendant defaulted (Doc. 16) and Plaintiff moved for a default judgment (Doc. 20 ("Motion")). On referral, and after an evidentiary hearing (Doc. 30), U.S. Magistrate Judge David A. Baker entered a Report and Recommendation (Doc. 31 ("R&R")) submitting that the Court should grant the Motion in part as to one of the four counts pled. The time has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, it is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.    The R&R (Doc. 31) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2.    The Motion (Doc. 20) is **GRANTED IN PART AND DENIED IN PART** as set forth in the R&R and below:

a.    The Motion is **GRANTED** in that the Clerk is **DIRECTED** to enter a final default judgment in favor of Plaintiff James M Shadek and against Defendant Tamara S Kidd on Count II of the Complaint in the total amount of **$8,070,044.80**, comprised of damages of $8,054,216.00, attorney's fees of $15,000.00, and costs of $828.80.

b.    In all other respects, the Motion is **DENIED**.

3.    The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 19, 2025.



ROY B. DALTON, JR.
United States District Judge

2